**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2: 12-bk-60493 |
| Shane & Mandy Hughes } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:     Shane & Mandy Hughes

Street:     894 Charleston Way Dr.

City, State, Zip: Westerville, OH 43081

**Please be advised that effective November 3, 2015,**
**my new mailing address is:**

Name:     Shane & Mandy Hughes

Street:     1286 Clement Dr.

City, State ,Zip: Worthington, OH 43085

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on November 3, 2015 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Shane & Mandy Hughes
1286 Clement Dr.
Worthington, OH 43085

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480